UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE VAN WEGEN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br><br>GLOBAL EQUITY FINANCE, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 16cv815-GPC-MDD<br><br>**CASE MANAGEMENT ORDER REGULATING DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION** |

　　　Pursuant to Rule 16.1 of the Local Rules, a case management conference was held July 6, 2016.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, the Court issues the following order regarding discovery:

　　　1. Any motion to join other parties, to amend the pleading, or to file

additional pleadings shall be filed on or before **August 8, 2016**.

2. Discovery will be in phases. Phase one includes fact discovery regarding the merits of Plaintiffs' individual claims and suitability as class representatives. Phase one also includes non-merits fact and expert discovery necessary to support or oppose class certification. Phase one discovery must be completed by **November 8, 2016**. "Completed means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). Counsel to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

3. All expert disclosures regarding class certification issues as required Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **September 9, 2016**. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **October 10, 2016**. Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide information required under Ruel 26(a)(2(C).

4. On or before **December 9, 2016**, any motion for class certification shall be filed.

5. Within five (5) days of a ruling on a motion for class certification, the parties must contact the Court to arrange a further case management

1 conference.

2     IT IS SO ORDERED.

3 Dated:   July 18, 2016

Hon. Mitchell D. Dembin
United States Magistrate Judge