# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE VAN WEGEN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>GLOBAL EQUITY FINANCE, INC.,<br><br>　　　　　　　　　Defendant. | CASE NO.: 16cv815-GPC-MDD<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

## **ORDER**

Having read and considered the Joint Motion for Dismissal filed by Plaintiff Celine Van Wegen and Defendant Global Equity Finance, Inc., and good cause appearing, the Court grants the Parties' Joint Motion for Dismissal. This action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: April 6, 2017

Hon. Gonzalo P. Curiel
United States District Judge